■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IMPERIAL DAVIS, Appellant. [18 NYS3d 902]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered August 23, 2013. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Scudder, P.J., Centra, Carni, Whalen and DeJoseph, JJ.